FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL VALENCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, by and through the WASHINGTON DEPARTMENT OF AGRICULTURE, a Washington State agency,<br><br>    Defendant. | No. 1:21-CV-03072-SAB<br><br>**ORDER ACCEPTING PROPOSED SETTLEMENT AND STIPULATED JUDGMENT** |

Before the Court is the parties' Notice of Settlement and Stipulated Judgment, ECF No. 15. Plaintiff Daniel Valencia and Defendant State of Washington indicate that they have reached a stipulation pursuant to RCW § 4.92.150, without any admission of liability, settling and compromising this action against the Defendant State of Washington and allowing for dismissal of this action, in its entirety, with prejudice.

**Judgment Summary**

<u>Judgment Creditor</u>: Daniel Valencia

<u>Judgment Creditor's Attorney</u>: Cheyenne "Chey" Powelson

<u>Judgment Debtor</u>: State of Washington

<u>Judgment Amount</u>: $34,500.00

**ORDER ACCEPTING PROPOSED SETTLEMENT . . .** *1

<u>Pre-Judgment Interest</u>: $0.00

<u>Post-Judgment Interest</u>: $0.00

<u>Costs and Attorney Fees</u>: $0.00

Having considered the pleadings and files in this case, and being fully advised on the matter, the Court finds good cause to accept the proposed settlement and stipulated judgment.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff Daniel Valencia shall have Judgment against the Defendant State of Washington for the total sum of **THIRTY-FOUR THOUSAND FIVE HUNDRED DOLLARS ($34,500.00)** as the Judgment Amount.

2. Plaintiff Daniel Valencia is not entitled to pre-judgment or postjudgment interest on the Judgment Amount.

3. The parties in this matter shall not be awarded against the other, any attorneys' fees, costs, or interest thereon.

4. Plaintiff Daniel Valencia's counsel of record shall recover their attorneys' fees and costs in the matter from the Judgment Amount set forth above, upon Defendant's payment of that Amount.

5. The District Court Executive is directed to enter judgment in favor of Plaintiff in the amount of $34,500.00 and against Defendant State of Washington.

6. The above-captioned action is **DISMISSED with prejudice**.

7. The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 26th day of October 2021.

_Stanley A. Bastian_
Stanley A. Bastian
Chief United States District Judge

**ORDER ACCEPTING PROPOSED SETTLEMENT . . .** *2