# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2021

SEAN F. McAVOY, CLERK

DANIEL VALENCIA,

*Plaintiff*

v.

STATE OF WASHINGTON, by and through the WASHINGTON DEPARTMENT OF AGRICULTURE, a Washington State agency,

*Defendant*

Civil Action No. 1:21-CV-03072-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Plaintiff in the amount of $34,500.00 and against Defendant State of Washington. Judgment amount shall not accrue pre-judgment or post-judgment interest and neither party is awarded attorneys' fees, costs, or interest thereon, against the other. This matter is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian   on a Notice of Settlement
   (ECF No. 15)

Date: 10/26/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates